# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0087.  IN RE: THE ESTATE OF BETTY MOYER HOGG.**

Donna Sussman and Roger Hogg have filed an application for discretionary appeal of the Fayette County Probate Court's order opening the default of Brenda Saunders, guardian for the deceased Betty Moyer Hogg. The probate court entered its order on March 31, 2016, and Donna Sussman and Roger Hogg filed their application on September 19, 2016. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the challenged order. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As the instant application was filed 172 days after entry of the probate court order, the application is untimely, and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/18/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*